In the Matter of the Claim of NORMAN GALLAHAN, Respondent, against PAPEC MACHINE COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Submitted July 29, 1942; decided July 29, 1942.

MOTION for reargument denied with ten dollars costs and necessary printing disbursements.   (See 288 N. Y. 726.)

In the Matter of WILLIAM H. FALES et al., Appellants, against WILLIAM D. MEISSER et al., Constituting the Board of Elections of Nassau County, et al., Respondents.

Argued August 6, 1942; decided August 6, 1942.

*Copal Mintz* and *Benjamin C. Ribman* for appellants.

*Allen Goodwin* for Edith Harvey, respondent.

Order affirmed, without costs; no opinion.

Concur: FINCH, RIPPEY, LEWIS and CONWAY, JJ.   Dissenting: LEHMAN, Ch. J., LOUGHRAN and DESMOND, JJ.